CHIEF MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JOSEPH HUNGERFORD,<br><br>Defendant. | No. MJ18-212-BAT<br><br>(~~PROPOSED~~) ORDER GRANTING THE UNOPPOSED MOTION TO EXTEND THE INDICTMENT DEADLINE |

THE COURT has considered the unopposed motion to extend the indictment deadline in this matter. It appears that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further case evaluation prior to an indictment. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation. The parties have consented to entering an order extending the indictment deadline from on or about June 8, 2018 to July 13, 2018.

THE COURT finds that justice is served by granting a continuance, and that a continuance outweighs the best interests of the public and the defendant in a speedy indictment.

IT IS ORDERED that the date on or before an indictment must be filed is extended to July 13, 2018.

ORDER GRANTING MOTION TO EXTEND
THE INDICTMENT DEADLINE
(*USA v. Hungerford* / MJ18-212-BAT) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS FURTHER ORDERED that the period of delay from on or about June 8, 2018 to July 13, 2018 is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DONE this 25th day of May, 2018.

~~BRIAN A. TSUCHIDA~~ PAULA L. MCCANDLIS
~~CHIEF~~ UNITED STATES DISTRICT MAGISTRATE JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Daniel Joseph Hungerford

ORDER GRANTING MOTION TO EXTEND
THE INDICTMENT DEADLINE
(*USA v. Hungerford* / MJ18-212-BAT) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100